UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

     Plaintiff,                    Criminal No. 08-901

     v.                           :

JOSE MORENO                              **O R D E R**

     Defendant.               :

     It appearing that Defendant has filed a letter request
to travel to Spain, received on April 16, 2012;

     It is on this 18th day of April, 2012,

     Hereby ORDERED that the above mentioned request is
DENIED.

             S/Susan D. Wigenton
             SUSAN D. WIGENTON
             United States District Judge